UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
MADISON GEERY,

                Plaintiff,

    v.

MOVIEPASS INC., HELIOS AND
MATHESON ANALYRICS INC., ROBERT
ELLIS SILBERSTEIN, MITCH LOWE and
THEORDORE "TED" FARNSWORTH,

                Defendants.
---------------------------------------------------------X

Case No.: 1:20-cv-00753-AKH

The motion is granted.  Plaintiff is permitted to serve Defendants Robert Ellis Silberstein and Mitch Lowe by email, and shall have until July 28, 2020 to do so.

The Clerk is instructed to mark this motion (ECF No. 16) closed.

Alvin K. Hellerstein /s/
June 29, 2020.

## NOTICE OF MOTION FOR SERVICE OF PROCESS BY ALTERNATIVE MEANS AND TO EXTEND THE TIME TO EFFECTUATE SERVICE

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 4 and CPLR § 308, Plaintiff in the above-entitled action hereby respectfully moves this Court for an permitting service by email on Defendants Robert Ellis Silberstein and Mitch Lowe, extending the time to effectuate such service by thirty days, from June 28, 2020 to July 28, 2020, and for such other and further relief as the Court deems just. The grounds for this motion are fully set forth in the accompanying memorandum of law, the declaration of Megan S. Goddard in support of this motion, and the exhibits thereto.

Dated: New York, New York
       June 26, 2020

Respectfully submitted,

GODDARD LAW PLLC

*/s/ Megan S. Goddard*
Megan S. Goddard, Esq.
39 Broadway, Suite 1540
New York, New York 10006
(646) 504-8363
Megan@goddardlawnyc.com