# G O D D A R D   L A W   P L L C

39 Broadway, Suite 1540 | New York, NY 10006

Office. 646.504.8363

Fax. 212.473.8705

anthony@goddardlawnyc.com

WWW.GODDARDLAWNYC.COM

> A suggestion of settlement having been made, this case is dismissed. If the settlement is not consummated within 30 days of this order, or an authorized enlarged date, either party may apply by letter for restoration of the action within 10 days after the close of said period. All pending court dates, including the status conference scheduled for October 15, 2021, are canceled. The Clerk is directed to close the case. So ordered.
>
> /s/ Alvin K. Hellerstein
>
> October 8, 2021

October 8, 2021

**By ECF**
Honorable Alvin K. Hellerstein
United States District Judge
500 Pearl Street
New York, NY 10006

    Re:    **Geery v. Ellis Silberstein, 20 CV 753**

Dear Judge Hellerstein:

This firm represents the Plaintiff. The parties reached a settlement of all claims during private mediation, and counsel have finalized the terms of a settlement agreement, which Plaintiff has signed. The settlement agreement provides for consummation of the settlement in November 2021. For this reason, Plaintiff requests that the status conference currently scheduled for October 15, 2021 at 10 a.m. be adjourned *sine die*; Plaintiff will file a stipulation of dismissal by November 30, 2021 or, if the settlement is not consummated as expected by that date, a status report. Defendants consent to this request.

Plaintiff appreciates all the attention and consideration the Court has given to her case over the past two years.

Respectfully submitted,

Anthony P. Consiglio

cc:  All Counsel (by ECF)